| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT NO.____ |
| | ) SS: | |
| COUNTY OF MONROE | ) | CAUSE NO. **53C06-1910-PL-002391** |

LASALLE'S WOODS ASSOCIATION
OF OWNERS, INC.,
c/o Moyer Law Firm, P.C.
230 E. Ohio St., Ste. 201
Indianapolis, IN 46204,

        Plaintiff,

vs.

THE CINCINNATI INSURANCE COMPANY,
c/o Jon Stowell, Registered Agent
101 W. Washington St., Ste. 1100 East Tower
Indianapolis, IN 46204

        Defendant.

## PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT AND JURY DEMAND

COMES NOW the Plaintiff, LaSalle's Woods Association of Owners, Inc. ("LaSalle's Woods"), by counsel, Kevin L. Moyer, and complains of the Defendant, The Cincinnati Insurance Company ("Cincinnati Insurance"), and for cause would show the Court the following:

1. The Plaintiff, LaSalle's Woods, is an Indiana corporation with a principal place of business located at 9340 S. Pointe LaSalle's Drive, Bloomington, IN 47401.

2. The Defendant, Cincinnati Insurance, is a foreign corporation domiciled in the State of Ohio, licensed to conduct business in the State of Indiana, and which maintains a principal place of business at 6200 S. Gilmore Road, Fairfield, OH 45014-5141.

3. Cincinnati Insurance issued a commercial insurance policy to LaSalle's Woods, namely policy number EPP 000 54 65/EBA 000 54 65, for property owned by LaSalle Woods located at or near 9340 S. Pointe LaSalles Drive, Bloomington, IN 474701, a copy of said policy

1

RECEIVED BY
MAR 1 6 2020
Law Offices
Cincinnati Insurance Company

Exhibit 2

is attached and incorporated herein as Exhibit 1 to Plaintiff's Complaint ("Policy").

4. On or about October 16, 2017, LaSalle's Woods incurred a property loss to Building No. 14 located on the aforementioned property and subsequently submitted a claim to Cincinnati Insurance under the Policy.

5. LaSalle Woods, pursuant to Indiana Trial Rule 57 and I.C. 34-14-1-1 *et seq.*, brings this action before the Court for a judicial determination of insurance coverage provided to LaSalle's Woods under the aforementioned policy for damages incurred as a result of the October 16, 2017 fire loss.

WHEREFORE the Plaintiff, LaSalle's Woods Association of Owners, Inc., requests that the Court determine Plaintiff's rights of recovery under the aforementioned Policy, enter a judgment in Plaintiff's favor declaring these rights, and for all other just and proper relief.

Respectfully submitted,

/s/ Kevin L. Moyer
Kevin L. Moyer, #20635-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

The Plaintiff, LaSalle's Woods Association of Owners, Inc., by counsel, Kevin L. Moyer, pursuant to Indiana Trial Rule 38, respectfully requests a jury trial in this matter.

Respectfully submitted,

/s/ Kevin L. Moyer
Kevin L. Moyer, #20635-49
Attorney for Plaintiff

**MOYER LAW FIRM, P.C.**
**230 E. Ohio St., Ste. 201**
**Indianapolis, IN 46204**
**(317) 762-3070**
**(317) 423-8644/FAX**
**kmoyer@moyerlawfirmpc.com**